NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196, -1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SMART GLOVE HOLDINGS, SDN. BHD,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

William D. Belanger, Pepper Hamilton LLP, of Boston, Massachusetts, argued for appellant. With him on the brief was Gregory C. Dorris, of Washington, DC. Of counsel was Alison L. McCarthy, of Boston, Massachusetts; and Daniel C. Winston, Choate Hall & Steward LLP, of Boston, Massachusetts.

Paul M. Bartkowski, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation. Of counsel was Wayne W. Herrington, Attorney.

Scott M. Daniels, Westerman Hattori, Daniels & Adrian LLP, of Washington, DC, argued for intervenors.

Appealed from: United States International Trade Commission

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196,-1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SMART GLOVE HOLDINGS, SDN. BHD,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

# Judgment

ON APPEAL from the United States International Trade Commission

in INVESTIGATION NOS. 337-TA-608 and 612.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, ARCHER, and MOORE, Circuit Judges.)

AFFIRMED. See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: December 14, 2009          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk